In the Matter of JAMES B. CRANE II, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [978 NYS2d 704]—

Per Curiam.

Lahtinen, J.P., Stein, Garry and Egan Jr., JJ., concur. Ordered that respondent's resignation application is accepted; and it is further ordered that respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further ordered that respondent is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and respondent is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that respondent shall comply with the provisions of this Court's rules regulating the conduct of disbarred attorneys (*see* 22 NYCRR 806.9).